## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **DEBBIE ALLEN,** | ) | |
| | ) | |
| Plaintiff, | ) | 1:10-cv-469 |
| | ) | |
| v. | ) | Judge Jonker |
| | ) | Magistrate Judge Brenneman |
| **ALW SOURCING, LLC.,** | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION TO DISMISS PURSUANT TO SETTLEMENT

By agreement, the parties to the above-captioned action, by and through their respective attorneys, state as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-captioned action should be dismissed.

2. The parties, by agreement, respectfully request that this case be dismissed with prejudice and without costs to any party.

**Date:** August 17, 2010

| For Plaintiff, Debbie Allen | For Defendant, ALW Sourcing, LLC. |
|---|---|
| /s David M. Marco | /s with consent Deborah A. Lujan |
| Larry P. Smith & Associates, Ltd. | Collins, Einhorn, Farrell & Ulanoff, P.C. |
| 205 N. Michigan Ave., 40th floor | 4000 Town Center, Suite 909 |
| Chicago, Illinois 60601 | Southfield MI 48075-1473 |
| **Telephone:** (312) 222-9028 (x812) | **Telephone:** (248) 351-5417 |
| **Facsimile:** (888) 418-1277 | **Facsimile:** (248) 355-2277 |
| **E-mail:** dmarco@smithlaw.us | **E-mail:** Deborah.lujan@ceflawyers.com |